UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TARIQ SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02591-SEB-TAB |
| | ) | |
| FRANK BISIGNANO Commissioner of the Social Security Administration, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 8/21/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Keeya Jeffrey
Social Security Administration
keeya.jeffrey@ssa.gov

Michael G. Myers
mgmyers10@sbcglobal.net

Lindsay Norris
Social Security Administration
lindsay.norris@ssa.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov